IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01438-WYD-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited
liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited
liability company; BLUEROCK REAL ESTATE, LLC, a Delaware
limited liability company; BR TOWN & COUNTRY CORPORATE CENTER, DST, a
Delaware statutory trust; BR T&C CORPORATE CENTER DST MANAGER, LLC, a
Delaware
limited liability company; BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware
limited
liability company; and KENT ANDREWS, individually,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER COMES before the Court on the Plaintiff's Unopposed Motion to Dismiss Kent Andrews As a Party Defendant and to Amend Caption (ECF No. 18), filed August 2, 2011.  After carefully reviewing the file in this matter, I find that the motion should be granted for good cause shown.  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Kent Andrews As a Party Defendant and to Amend Caption (ECF No. 18) is **GRANTED** and Defendant Kent Andrews is dismissed from this proceeding.  The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: August 3, 2011

        BY THE COURT:

        <u>s/ Wiley Y. Daniel</u>
        Wiley Y. Daniel
        Chief United States District Judge