IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-WYD-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

 Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company,
and
RAMIN KAMFAR, individually,

 Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on the parties' **Joint Motion to Reschedule Rule 16 Conference** [Docket No. 20; Filed August 9, 2011] (the "Motion").

 IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

 IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 22, 2011 at 9:30 a.m. is **vacated** and **RESET** to **September 7, 2011 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

 IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **September 2, 2011**.

 IT IS FURTHER **ORDERED** that each party shall submit a Confidential Settlement Statement no later than **September 2, 2011**.  Parties participating in the District of Colorado ECF system shall submit their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall

submit their Confidential Settlement Statement as a hard copy by delivering it to the Clerk of the Court or by mailing it directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix."

Dated: August 10, 2011