IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Modify Scheduling Order** [Docket No. 37; Filed February 9, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on September 7, 2011 [#28] is amended to extend the following deadlines:

- Discovery Cut-off for Fact Witnesses — **May 15, 2012**
- Affirmative Expert Disclosures and Reports — **June 1, 2012**
- Rebuttal Expert Disclosures and Reports — **June 29, 2012**
- Discovery Cut-off for Expert Witnesses — **July 16, 2012**
- Dispositive Motions Deadline — **August 3, 2012**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 21, 2012 at 9:30 a.m. is **VACATED** and **RESET** to **November 1, 2012 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **October 26, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.  Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  February 13, 2012