IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-1438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company;
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company;
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust;
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company;
BR T&C CORPORATE CENTER LEASCO, LLC, a Delaware limited liability company; and
RAMIN KAMFAR, individually,

    Defendants.

---

### AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Kristen L. Mix is designated to conduct proceedings in this civil action as follows:

    (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    ( ) Convene such settlement conferences and direct related procedures if all the parties stipulate that it may facilitate resolution of this case.

    (X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

    (X) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED this 26th day of April, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge