IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

        Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

        Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on the parties' **Joint Motion for Further Modification of Scheduling Order** [Docket No. 46; Filed April 25, 2012] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**.  The Scheduling Order entered on September 7, 2011 [#28], as amended on February 13, 2012 [#39], is further modified to extend the following deadlines:

- Discovery Cut-off for Fact Witnesses            **July 6, 2012**
- Affirmative Expert Disclosures and Reports      **July 27, 2012**
- Rebuttal Expert Disclosures and Reports         **August 24, 2012**
- Discovery Cut-off for Expert Witnesses          **September 14, 2012**
- Dispositive Motions Deadline                    **October 1, 2012**

        Dated:  April 26, 2012