IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's opposed **Motion for Leave to Present Testimony of Lari Masten, CPA, and Christine Parise, Esq. by Telephone** [Docket No. 68; Filed June 18, 2012] (the "Motion").[1]  A hearing on Defendants' Motion for Preliminary Injunction [#63] is set for June 21, 2012 at 1:30 p.m.  *Minute Order* [#65].  Plaintiff seeks to present the testimony of two witnesses at that hearing by telephone: Lari Masten, CPA, who is scheduled to be in Texas for another obligation that day, and Christine Parise, Esq., who is scheduled to be in Portland for another obligation that day.  *See Motion* [#68] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#68] is **GRANTED**.  Plaintiff may present the testimony of Lari Masten and Christine Parise by telephone at the hearing on June 21, 2012.

    Dated:  June 19, 2012

---

[1] The Court may rule on a motion at any time after it is filed.  D.C.COLO.LCivR 7.1C.