IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Present Testimony of Marc Sznajderman by Telephone** [Docket No. 71; Filed June 20, 2012] (the "Motion").  A hearing on Defendants' Motion for Preliminary Injunction [#63] is set for June 21, 2012 at 1:30 p.m.  *Minute Order* [#65].  Defendants seek to present the testimony of one witness at that hearing by telephone: Marc Sznajderman, who is scheduled to be in New York for another obligation that day.  *See Motion* [#71] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#71] is **GRANTED**.  Defendants may present the testimony of Marc Sznajderman by telephone at the hearing on June 21, 2012.

    Dated:  June 20, 2012