IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

   Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Status Report and Motion for Extension of Stay of Proceedings** [Docket No. 88; Filed July 16, 2012] (the "Motion"). A stay imposed by the Court on June 21, 2012 is set to expire on July 21, 2012.  See Minute Entry [#81].  The parties have notified the Court that they hope to settle this matter by August 6, 2012 and therefore seek an extension of the stay through that date. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion [#88] is **GRANTED**.  This litigation is **STAYED** through the close of business on August 6, 2012.

   Dated:  July 17, 2012