IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited liability company,
BLUEROCK REAL ESTATE, LLC, a Delaware limited liability company,
BR TOWN & COUNTRY CORPORATE CENTER, DST, a Delaware statutory trust,
BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware limited liability company,
BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware limited liability company, and
RAMIN KAMFAR, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Extension of Stay of Proceedings and to Vacate and Re-set Hearing on Defendants' Motion for Preliminary Injunction** [Docket No. 92; Filed August 7, 2012] (the "Motion to Extend") and on Defendants' **Motion to Dismiss Amended Complaint or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a)** [Docket No. 23; Filed August 15, 2011] (the "Motion to Dismiss").  A stay imposed by the Court on June 21, 2012 expired on August 6, 2012.  *See Minute Order* [#90].  The parties have notified the Court that they hope to settle this matter by August 31, 2012 and therefore seek an extension of the stay through that date.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Extend [#92] is **GRANTED**.  This litigation is **STAYED** through the close of business on August 31, 2012.

    IT IS FURTHER **ORDERED** that the Motion Hearing on Defendants' Motion for Preliminary Injunction [#63] set for August 15, 2012 at 8:30 a.m. is **VACATED** and **RESET** to **September 19, 2012** at **1:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

IT IS FURTHER **ORDERED** that any amendments to the already-filed joint witness and exhibit lists shall be filed **on or before September 14, 2012**.

IT IS FURTHER **ORDERED** that on or before **September 12, 2012**, counsel shall notify my courtroom deputy of any need for special accommodations for any attorney, party or witness, and of any need for technological equipment, for the purposes of presenting evidence or otherwise. My courtroom deputy's name is Monique Wiles. She can be reached at (303) 335-2054.

In addition, in consideration of the current status of the case,

IT IS FURTHER **ORDERED** that the Motion to Dismiss [#23] is **DENIED WITHOUT PREJUDICE**.  If appropriate, Defendants may file an amended motion to dismiss after the stay in this matter is lifted.

Dated:  August 8, 2012