IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01438-RBJ-KLM

ONE CLEVELAND FINANCE, LLC, a Colorado limited
liability company,

      Plaintiff,

v.

BR T&C CORPORATE CENTER M, LLC, a Delaware limited
liability company; BLUEROCK REAL ESTATE, LLC, a Delaware
limited liability company; BR TOWN & COUNTRY CORPORATE CENTER, DST, a
Delaware statutory trust; BR T&C CORPORATE CENTER DST MANAGER, LLC, a Delaware
limited liability company; BR T&C CORPORATE CENTER LEASECO, LLC, a Delaware
limited liability company; RAMIN KAMFAR, individually,

      Defendants.

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

Plaintiff, One Cleveland Finance, LLC, and Defendants, BR T&C Corporate Center M, LLC, Bluerock Real Estate, LLC, BR Town & Country Corporate Center, DST, BR T&C Corporate Center DST Manager, LLC, BR T&C Corporate Center Leaseco, LLC, and Ramin Kamfar, by and through their respective undersigned attorneys, pursuant to D.C.COLO.LCivR 41.2 hereby submit their Joint Motion to Administratively Close Case as follows:

1. At the June 21, 2012 hearing before the Court on Defendants' Motion for Preliminary Injunction, the parties made a joint oral motion to stay the litigation, which the Court granted [Docket No. 81].

2. On July 16, 2012, the parties submitted a Joint Status Report to this Court and requested an additional stay of proceedings while they continued to negotiate toward a resolution of this

case. [Docket No. 88].

3. On August 7, 2012, the parties submitted a Joint Status Report to this Court and requested an additional stay of proceedings while they continued to negotiate toward a resolution of this case. [Docket No. 92].

4. On September 17, 2012, the parties submitted a Joint Status Report to this Court and requested an additional stay of proceedings while they continued to negotiate toward a resolution of this case. [Docket No. 95].

5. On October 9, 2012, the parties submitted a Joint Status Report to this Court and requested an additional stay of proceedings while they continued to negotiate toward a resolution of this case. [Docket No. 98].

6. On November 6, 2012, the parties submitted a Joint Status Report to this Court and requested an additional stay of proceedings while they continued to negotiate toward a resolution of this case. [Docket No. 102].

7. The Court has been most patient with the parties as they have attempted to resolve their differences out of court.

8. The parties have reached a Settlement Agreement.

9. The Settlement Agreement requires that various conditions be fulfilled by both parties before this case can be dismissed.

10. The parties agreed in their Settlement Agreement to ask the Court to administratively close this case pursuant to D.C.COLO.LCivR 41.1, pending the performance of the parties under the Settlement Agreement.

11. The finality of the settlement is conditioned upon the performance of the parties. The parties agreed that the failure of a condition of the parties' Settlement Agreement would

constitute cause to reopen this case.

12. Upon completion of the performance of the parties, and fulfillment of the conditions of the Settlement Agreement, the parties will jointly move to dismiss this case with prejudice.

WHEREFORE, Plaintiff, One Cleveland Finance, LLC and Defendants, BR T&C Corporate Center M, LLC, Bluerock Real Estate, LLC, BR Town & Country Corporate Center, DST, BR T&C Corporate Center DST Manager, LLC, BR T&C Corporate Center Leaseco, LLC, and Ramin Kamfar, hereby jointly move the Court to direct the clerk to administratively close this case pursuant to D.C.COLO.LCivR 41.2, subject to re-opening upon motion of a party.

Dated this 7th day of January, 2013.

Respectfully submitted,

By: s/ *Robert C. Podoll*
Robert C. Podoll
Robert A. Kitsmiller
Podoll & Podoll, P.C.
5619 DTC Pkwy, Ste 1100
Greenwood, Colorado 80111-3064
303 861-4000
Email: Rob@podoll.net
Email: Bob@podoll.net
Attorneys for Plaintiff

By: s/ *Lee F. Johnston*
Lee F. Johnston
Case L. Collard
Dorsey & Whitney, LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202-5549
303 629-3400
Email: johnston.lee@dorsey.com
Email: collard.case@dorsey.com
Attorneys for Defendants

Of Counsel

McCusker, Anselmi, Rosen & Carvelli, P.C.
805 Third Avenue, 12th Floor
New York, New York 10174
Telephone (212) 308-0070